UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

JOSE ANONIO,

                    Defendant.

CASE NO. MJ26-354

**DETENTION ORDER**

Defendant appeared after arrest on a warrant issued out of district for alleged violations of supervised release. Defendant agreed to being held, reserving the issue of detention to the Southern District of California. Defendant is held on the arrest warrant issued by that district and the Court here therefore **ORDERS**:

(1)     Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined

DETENTION ORDER - 1

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)      The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 5th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2